# Court of Appeals
# of the State of Georgia

ATLANTA,  March 02, 2022

*The Court of Appeals hereby passes the following order:*

## A22D0250.  BOBBY COLLIER v. PROGRESS RESIDENTIAL BORROWER 10 LLC.

Progress Residential Borrower 10 LLC filed this dispossessory action in Cobb County Magistrate Court naming as defendants either Cornelius Roberts or "Cornelius Roberts and all others."[1] The defendant(s) defaulted and the trial court issued the writ of possession. One or more of the defendants, including Bobby Collier, moved to open the default and set aside the writ of possession. Following a hearing, the trial court entered an order on January 21, 2022, denying that motion. The order noted that Collier had appeared at the hearing pro se, but that Collier was not a party to the lease in question. Collier has now filed this pro se application seeking discretionary review of the trial court's order. We, however, lack jurisdiction.

"The only avenue of direct appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991). This Court thus may address magistrate court matters only if they already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990). Absent an appealable state or superior court order, we are unable to entertain jurisdiction over this case.

---

[1] According to the application at issue, the action was filed only against Roberts. The order sought to be appealed, however, lists the defendants as "Cornelius Roberts and all others."

Accordingly, Collier's application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  <u> 03/02/2022 </u>
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

<u>Stephen E. Castlen</u> *, Clerk.*